**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL ANTHONY JOINTER,<br><br>        Plaintiff,<br><br>   v.<br><br>M.E. SPEARMAN, et al.,<br><br>        Defendants. | Case No. SACV 16-0051 R (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: May 6, 2016

                                           MANUEL L. REAL
                                           UNITED STATES DISTRICT JUDGE